UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAAC ZOOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0289 (RWR) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

**NOTICE AND ORDER TO SHOW CAUSE**

Plaintiff Isaac Zook filed this case on February 7, 2007. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit. No proof of service upon the defendant has been filed. Accordingly, it is hereby

ORDERED that on or before July 12, 2007, plaintiff shall either file proof of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant. Plaintiff is advised that failure to comply may result in dismissal of this case against that defendant.

SIGNED this 29th day of June, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge