UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| ISSAC ZOOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0289 (RWR) |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## Response to Order to Show Cause

In response to the Court's Order to Show Cause, Returns of Service are filed

concurrently. Plaintiff brings to the Court's attention that Returns of Service were

previously sent on March 16, 2007, but inadvertently addressed to counsel for

defendant, who apparently chose to withhold them from the Court (See Exhibit

1, attached).

Respectfully submitted,

*Issac L. Zook*

**Issac Zook**

Dated:

*July 10*_____, 2007

## Certificate of Service

I certify that I have served a copy of the forgoing on:

Jeffrey Taylor
United States Attorney, District of Columbia
Civil Process Clerk
555 4th Street NW
Washington, D.C. 20530

Dated _July   10_____, 2007

_Issac L. Zook_
Issac Zook

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Jaffery A Taylor
United States Attorney
District of Columbia
808A Judiciary Center Building
555 Fourth Street
Nw Washington DC 2000l

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Perkin_   ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
MAR 2    07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0003 8198 6063

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2 - 17 - 07 |
| NAME OF SERVER *(PRINT)*   ISAAC L ZOOK | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS Certified Mail # 7006 0100 0003 8198 5462

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL   $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 10 2007          Isaac L. Zook
　　　　　　　Date　　　　　　　Signature of Server

119 Colonial Road Gordonville PA 17529
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 2-17-07 |
| **NAME OF SERVER** *(PRINT)*  Isaac L. Zook | **TITLE** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  US PS Certified Mail # 7006 0100 0003 8198 5479

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 10 2007  *Isaac L. Zook*
           Date               *Signature of Server*

        119 Colonial Road  Gordonville
        *Address of Server*  PA  17529

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.