```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
ISAAC ZOOK,                   )
                              )
     Plaintiff,               )
                              )
     v.                       )    Civil Action No. 07-0289 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)
```

## NOTICE AND ORDER TO SHOW CAUSE

Plaintiff Isaac Zook named the United States as the defendant in this action, in which he alleges that he has been injured by IRS' violation of numerous statutes and rules. Service upon the United States may be effected "by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney **and . . .** by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia, **and . . .** in any action attacking the validity of an order of an officer or agency of the United States not made a party, by also sending a copy of the summons and of the complaint by registered or certified mail to the officer or agency." Fed. R. Civ. P. 4(i)(1) (emphasis added).

In response to a notice and show cause order regarding compliance with Rule 4, Zook filed a copy of a certified mail

- 2 -

receipt showing delivery to Jeffrey A. Taylor, United States Attorney for the District of Columbia, and two declarations that do not indicate to whom the certified mail referred to in the declaration was addressed.  Zook's submission is insufficient to show that he has fully complied with the requirements of Rule 4.  Accordingly, it is hereby

ORDERED that on or before July 27, 2007, Zook shall either file proof of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant.  Plaintiff is advised that failure to comply may result in dismissal of this case against that defendant.

SIGNED this 16th day of July, 2007.

                                                     /s/
                                        RICHARD W. ROBERTS
                                        United States District Judge