```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
ISAAC ZOOK,                   )
                              )
     Plaintiff,               )
                              )
     v.                       )    Civil Action No. 07-0289 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)
```

## ORDER OF DISMISSAL

By a show cause order dated July 16, 2007 and returnable July 27, 2007, plaintiff Isaac Zook was directed to demonstrate that he had effected service on defendant the United States as required by Federal Rule of Civil Procedure 4.  Zook has failed to respond to the show cause order.  Accordingly, it is hereby

ORDERED that this action be, and hereby is, DISMISSED.

SIGNED this 3rd day of August, 2007.


                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge